UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STANLEY A. SLUPKOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-1394 (RWR) |
| | ) | |
| GENERAL COUNSEL, DEPARTMENT OF THE NAVY, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION**

For the reasons stated below, the Court will dismiss the plaintiff's *pro se* civil complaint.

It appears that plaintiff seeks an Order to effect the transfer of records pertaining to his military service, veterans benefits, social security benefits, and proceedings in other courts in other jurisdictions "to the District of Columbia for **PERMANENT CUSTODY**." Compl. at 2 (emphasis in original). Plaintiff does not articulate clearly the purpose of the transfer of records.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum

standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies.  *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

As drafted, the Court concludes that the complaint does not comply with Rule 8(a), and for this reason, the complaint will be dismissed without prejudice.

An final Order accompanies this Memorandum Opinion.

Signed this 8th day of September, 2009.

/s/
RICHARD W. ROBERTS
United States District Judge